IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW | MDL-17-md-2775 |
| BIRMINGHAM HIP RESURFACING | Hon. Catherine C. Blake |
| (BHR) HIP IMPLANT PRODUCTS | |
| LIABILITY LITIGATION | |
| | |
| This Document Relates to | Case No. 1:19-cv-3332 |
| THA TRACK CASES | |

**THA TRACK SHORT FORM COMPLAINT FOR PLAINTIFFS WITH BHR CUPS,
MODULAR FEMORAL HEADS AND STEMS (THA CASES
NOT INVOLVING THE R3 METAL LINER)**

1.  Plaintiff, Laura Harvey, states and brings this civil action involving a total hip arthroplasty ("THA") as part of the "THA Track" in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*.  Plaintiff is filing this Short Form Complaint pursuant to CMO No. 10, entered on September 24, 2018 by this Court.

**PARTIES, JURISDICTION AND VENUE**

2.  Plaintiff is a resident and citizen of Connersville, Indiana and claims damages as set forth below.

3.  Federal jurisdiction is based on diversity of citizenship.

4.  The Federal District in which Plaintiff's initial implants took place: Southern District of Indiana.

5.  The Federal District in which Plaintiff's revision surgery took place: Southern District of Indiana.

6.  Plaintiff brings this action *[check the applicable designation]*:

___X___   On behalf of herself;

## FACTUAL ALLEGATIONS

7.      On or about June 6, 2011, Plaintiff underwent surgery during which a 52mm BHR acetabular cup was implanted into Plaintiff's left hip, along with the following non-BHR System components: 46mm cobalt-chromium modular femoral head; Size 4 Anthology high-offset femoral stem; and, -0mm cobalt chromium modular head sleeve.

8.      Plaintiff's left hip implant surgery was performed at Reid Hospital & Health Care Services in Richmond, Indiana by Dr. Chris Neher.

9.      On or about September 12, 2011, Plaintiff underwent surgery during which a 52mm BHR acetabular cup was implanted into Plaintiff's right hip, along with the following non-BHR System components: 46mm cobalt-chromium modular femoral head; Size 3 Anthology high-offset femoral stem; and, +0mm cobalt chromium modular head sleeve.

10.     Plaintiff's right hip implant surgery was also performed at Reid Hospital & Health Care Services in Richmond, Indiana by Dr. Chris Neher.

11.     Plaintiff underwent the following medically indicated revision of the right hip implant on or about the following date: November 26, 2018.  Plaintiff received the following hip components during the revision surgery: Smith & Nephew femoral head and dual mobility insert, converting the metal on metal bearing to a bipolar metal on poly bearing.

12.     Plaintiff's right revision surgery was also performed at Reid Hospital & Health Care Services in Richmond, Indiana by Dr. Chris Neher.

13.     Plaintiff alleges the following complications and/or injuries as a result of the component(s) implanted in Plaintiff's right hip, some or all of which made revision surgery medically necessary: pain, limited mobility, elevated cobalt and chromium levels, and metallosis as a result of the premature failure of the devices.

14.     Plaintiff adopts the allegations of the BHR-THA Master Amended Consolidated Complaint ("BHR-THA MACC") filed August 14, 2018, against Smith & Nephew, Inc.[1] and all amendments to the BHR-THA MACC:

Yes __X__ No _____

## **ALLEGATIONS AS TO INJURIES**

15.   (a)  Plaintiff claims damages as a result of (check all that are applicable):

___X___          INJURY TO HERSELF

_____            INJURY TO THE PERSON REPRESENTED

_____            WRONGFUL DEATH

_____            SURVIVORSHIP ACTION

___X___          ECONOMIC LOSS

16.     In addition to the allegations in the THA-MACC, Plaintiff alleges that Plaintiff (i) viewed and/or heard the following representations that Plaintiff alleges are false, misleading, incomplete, or otherwise were misrepresentation(s): On or about September 2011, Plaintiff asserts her implanting surgeon at Reid Hospital & Health Care Services in Richmond, Dr. Chris Neher, recommended the Smith & Nephew device due to her active lifestyle and device longevity. However, Plaintiff was not informed of the potential risk of premature failure of the device, nor was she informed about the risks of metal-on-metal hip implants in general. Furthermore, Plaintiff was not informed  that the implants she received were not approved for use in the total hip arthroplasty procedure she underwent on or about September 2011, and (ii) relied upon those

---

[1] Plaintiffs have since voluntarily dismissed two additional defendants named in the BHR-THA MACC, Smith & Nephew plc and Smith & Nephew Ltd. Adoption of the BHR-THA MACC does not act as a means by which a plaintiff can sue these now-dismissed defendants or any other foreign defendants.

representations or misrepresentations as described in the THA-BHR MACC as well as in the following manner: Plaintiff relied on these representations in making her decision to undergo a total hip arthroplasty.

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

17.    The following claims and allegations in the BHR-THA MACC are asserted by Plaintiff and are herein adopted by reference (check all that are applicable):

__X____    COUNT I (Strict Products Liability, Design Defect and Failure to Warn)

Specific state common law and statutory law that applies: Indiana.

__X____    COUNT II (Negligence and Negligent Failure to Warn)

Specific state common law and statutory law that applies: Indiana.

__X____    COUNT III (Negligence Per Se)

Specific state common law and statutory law that applies: Indiana.

__X____    COUNT IV (Breach of Express Warranty)

Specific state common law and statutory law that applies: Indiana.

__X____    COUNT V (Breach of Implied Warranty)

Specific state common law and statutory law that applies: Indiana.

__X____    COUNT VI (Negligent Misrepresentation)

Specific state common law and statutory law that applies: Indiana.

__X____    COUNT VII (Unfair and Deceptive Trade Practices)

Specific state common law and statutory law that applies: Indiana.

__X____    COUNT VIII (Fraudulent Concealment)

Specific state common law and statutory law that applies: Indiana.

__X____    COUNT IX (Punitive Damages)

4

Specific state common law and statutory law that applies: Indiana.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement; and,

7. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims in Complaint so triable.

Dated:  November 19, 2019                                Respectfully submitted,

                                                        JONES WARD PLC

                                                        s/ William H. Mapes
                                                        William H. Mapes
                                                        Alex C. Davis
                                                        Jasper D. Ward IV
                                                        The Pointe
                                                        1205 E. Washington St., Suite 111
                                                        Louisville, KY 40206
                                                        Phone: (502) 882 6000
                                                        Facsimile: (502) 587-2007
                                                        will@jonesward.com
                                                        alex@jonesward.com
                                                        jasper@jonesward.com
                                                        William H. Mapes Bar ID No. 97907
                                                        Alex C. Davis Bar ID No.: 94899
                                                        Jasper D. Ward Bar ID No.: 92160
                                                        *Counsel for Plaintiff*

5